AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| (1) John James Feary, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:12-cv-00477-CVE-TLW |
| (1) America's Recovery Solutions, LLC, | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (1) America's Recovery Solutions, LLC
c/o Incorp Services, Inc., RSA
9435 Waterstone Blvd., Ste. 140
Cincinnati OH 45249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark A. Craige, MorrelSaffaCraige, P.C., 3501 So. Yale Ave., Tulsa, OK 74135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/24/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:12-cv-00477-CVE-TLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* America's Recovery Solutions, LLC
was received by me on *(date)* August 24, 2012 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* certified mail, return receipt requested to America's Recovery Solutions, LLC, c/o Incorp Services, Inc., Registered Service Agent, 9435 Waterstone Blvd., Ste. 140, Cincinnati OH 45249

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   September 5, 2012             /s/Mark A. Craige
                                          *Server's signature*

                                   Mark A. Craige, OBA No. 1992
                                       *Printed name and title*
                                   Attorney for Plaintiff, John James Feary

                                   3501 So. Yale Ave., Tulsa, OK 74135-8014
                                         *Server's address*

Additional information regarding attempted service, etc:

