# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

John James Feary,
                Plaintiff(s),

vs.                                  Case Number: 12-CV-477-CVE-TLW

America's Recovery Solutions, LLC,
                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing from the files and records of this Court as of September 28, 2012, and the affidavit of Mark Craige, that the defendant(s), America's Recovery Solutions, LLC against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

Now, therefore, I, Phil Lombardi, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

                                            Phil Lombardi,
                                            Clerk of Court, United States District Court

                                               s/T. Calico
                                            By: T. Calico, Deputy Clerk