# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) John James Feary, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) America's Recovery Solutions, LLC, )<br>an Ohio Limited Liability Company, )<br>)<br>Defendant. ) | Case No. 12-cv-00477-CVE-TLW |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby states that on October 25, 2012, he mailed the Motion for Default Judgment filed October 25, 2012 [Document No. 9] by first class, U. S. Mail and also by certified mail, return receipt requested, on the following, who are not registered participants on the ECF system and obtained service as reflected in the green card receipts attached hereto:

America's Recovery Solutions, LLC
c/o Incorp Services, Inc.
9435 Waterstone Boulevard, Suite 140
Cincinnati, OH 45249

America's Recovery Solutions, LLC
Attn: Skip Foster, President & CEO
7550 Lucerne Drive, Suite 207
Middleburg Heights, OH 44130

America's Recovery Solutions, LLC
Attn: Ed Heartstedt
7550 Lucerne Drive, Suite 207
Middleburg Heights, OH 44130

Respectfully submitted,

**MorrelSaffaCraige, P.C.**

  /s/Mark A. Craige
**Mark A. Craige**, OBA No. 1992
3501 South Yale Avenue
Tulsa, Oklahoma 74135-8014
918.664.0800 Telephone Number
918.663.1383 Facsimile Number
email address: mark@law-office.com
*Attorney for Plaintiff, John J. Feary*





