## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN JAMES FEARY,              )<br>                                                    )<br>         Plaintiff,                          )<br>                                                    )<br>v.                                               )<br>                                                    )<br>AMERICA'S RECOVERY SOLUTIONS, LLC, )<br>                                                    )<br>         Defendant.                        ) | Case No. 12-CV-0477-CVE-TLW |

## ORDER

This matter comes on for consideration of plaintiff's Motion for Attorney's Fees and Expenses (Dkt. # 15). On November 15, 2012, the Court entered default judgment in favor of plaintiff and awarded plaintiff damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (FDCPA). Plaintiff requests attorney fees and costs under the FDCPA, which allows the Court to award to plaintiff costs and a reasonable attorney fee "in the case of any successful action . . . ." 15 U.S.C. § 1692k(a)(3). Plaintiff seeks attorney fees and costs in the amount of $5,670.45, and plaintiff's counsel has submitted an affidavit and billing records in support of plaintiff's request. Plaintiff has served his motion for attorney fees and costs on defendant, and defendant has not filed a response. See Dkt. # 16. The Court finds that plaintiff is entitled to attorney fees and costs under the FDCPA and that the amount of attorney fees and costs requested by plaintiff is reasonable, and plaintiff's motion should be granted.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Attorney's Fees and Expenses (Dkt. # 15) is **granted**, and a separate judgment awarding attorney fees and costs to plaintiff in the amount of $5,670.45 is entered herewith.

**DATED** this 13th day of December, 2012.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE