**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JOHN JAMES FEARY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 12-CV-0477-CVE-TLW |
| ) | |
| **AMERICA'S RECOVERY SOLUTIONS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

This matter comes on for consideration of plaintiff's motion for attorney fees and costs. The Court has entered an order (Dkt. # 17) granting plaintiff's motion and has found that the amount of attorney fees and costs requested by plaintiff is reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for attorney fees and costs is hereby entered in favor of plaintiff John James Feary and against defendant American's Recovery Solutions, LLC in the amount of $5,670.45, plus post-judgment interest at the rate of .18% per annum from this date.

**DATED** this 13th day of December, 2012.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE